# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>MAINSTAR TRUST, CUSTODIAN FOR THE BENEFIT OF JOHN KOBIERECKI AND JOHN KOBIERECKI,<br><br>Defendants. | Adversary Proceeding<br>Case No. 19-50578 (JKS)<br><br>**Ref Docket No. 58** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                            ) ss.:
COUNTY OF NEW YORK   )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

2. On May 6, 2022, I caused to be served the "Stipulation of Dismissal of Adversary Proceeding," dated May 6, 2022 [Docket No. 58], by causing a true and correct copy to be delivered via email to the following party: *mjoyce@mjlawoffices.com.*

                                  */s/ Sharna Wilson*
                                  Sharna Wilson

Sworn to before me this
9th day of May, 2022
*/s/ Regina Amporfro*
_____
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2025